IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE EDWARD JARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:16-cv-16-ECM |
| | ) | [WO] |
| TOM DAVIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On February 1, 2019, the Magistrate Judge entered a Recommendation recommending that the defendants' motion for summary judgment be granted. (Doc. 59). On February 15, 2019, the plaintiff filed objections to the Recommendation. (Doc. 60). The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the plaintiff's objections. Accordingly, upon an independent review of the file in this case and for good cause, it is

ORDERED as follows that:

1. the plaintiff's objections be and are hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

3. judgment be and is hereby ENTERED in favor of the defendants and against the plaintiff;

4. this case be and is hereby DISMISSED with prejudice; and

5. costs of this proceeding be and are hereby TAXED against the plaintiff for which execution may issue.

DONE this 12th day of March, 2019.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE